**WAGSTAFFE, VON LOEWENFELDT
BUSCH & RADWICK LLP**
JAMES M. WAGSTAFFE (95535)
FRANK BUSCH (258288)
101 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

**OLSHAN FROME WOLOSKY LLP**
LORI MARKS-ESTERMAN (*pro hac vice to be submitted*)
THEODORE J. HAWKINS (*pro hac vice to be submitted*)
1325 Avenue of the Americas
New York, New York 10019
Telephone: (212) 451-2300
Fax: 212-451-2222
lmarksesterman@olshanlaw.com
thawkins@olshanlaw.com

*Counsel for Petitioner Alpine Partners (BVI) L.P.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| In re Application of<br><br>ALPINE PARTNERS (BVI) L.P.,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery For Use In a Foreign Proceeding. | Case No. 5:22-mc-80123-SVK<br><br>**PROOF OF SERVICE (VIVO CAPITAL FUND IX (CAYMAN) LLC)** |

1

6278328-2

## PROOF OF PERSONAL SERVICE

*In re Application of Alpine Partners (BVI) L.P.*
*USDC Northern District of California Case No. 5:22-mc-80123-SVK*

**I, the undersigned,** declare that I am employed in the County of Solano, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is Western Attorney Services, 75 Columbia Square, San Francisco, CA 94103.

On June 7, 2022, I personally served copies of the following document(s)

1. CIVIL COVER SHEET;
2. PETITIONER'S APPLICATION FOR AN ORDER OF JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782;
3. DECLARATION OF LORI MARKS-ESTERMAN IN SUPPORT OF PETITIONER'S APPLICATION FOR AN ORDER OF JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782;
4. DECLARATION OF ROCCO CECERE IN SUPPORT OF PETITIONER'S APPLICATION FOR AN ORDER OF JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782;
5. PROPOSED ORDER;
6. PETITIONER'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT; AND
7. COURT ORDER RE PETITION FOR AN ORDER OF JUDICIAL ASSISTANCE PURSUANT TO 28 USC 1782

on the interested party in said cause, by hand delivering a copy of the aforementioned documents to:

**Vivo Capital Fund IX (Cayman), LLC**
**192 Lytton Avenue**
**Palo Alto, CA 94301**

**By delivering documents to Allison Dubal, Receptionist, authorized to accept, at 3:09 PM.**

　　　　I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in the State of California, on **June 8, 2022**

*/s/ signature*
_____,
**Oscar Ongpin, Messenger #591**
**Western Attorney Services**