**WAGSTAFFE, VON LOEWENFELDT BUSCH & RADWICK LLP**
JAMES M. WAGSTAFFE (95535)
FRANK BUSCH (258288)
101 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

**OLSHAN FROME WOLOSKY LLP**
LORI MARKS-ESTERMAN (*pro hac vice*)
THEODORE J. HAWKINS (*pro hac vice*)
1325 Avenue of the Americas
New York, New York 10019
Telephone: (212) 451-2300
Fax: 212-451-2222
lmarksesterman@olshanlaw.com
thawkins@olshanlaw.com

*Counsel for Petitioner Alpine Partners (BVI) L.P.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re Application of<br><br>ALPINE PARTNERS (BVI) L.P.<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery For Use In a Foreign Proceeding. | Case No. 22-MC-80123-SVK<br><br>**PETITIONER'S STATEMENT OF RECENT DECISION** |

Petitioner Alpine Partners (BVI) L.P. submits this statement of recent decision pursuant to Civil Local Rule 7-3(d)(2) to inform the Court of a recent order, and related developments, in the underlying Cayman Islands appraisal proceeding (the "Appraisal Proceeding") bearing on arguments made in opposition to Petitioner's Section 1782 application in this matter (the "Application").

As referenced in Petitioner's reply papers, a Directions Hearing was held before the Grand Court of the Cayman Islands (the "Grand Court") in the Appraisal Proceeding on August 11 and 12, 2022. (*See* Second Declaration of Rocco Cecere (the "Second Cecere Decl."), ECF No. 25-1, at 3.) Following the Directions Hearing, the Grand Court finalized the form of the Directions Order (the primary scheduling order in the Appraisal Proceeding) on August 12, 2022, and issued the Order on August 17, 2022.[1]

The Directions Order contains no restrictions on seeking discovery pursuant to Section 1782, and contains no limitations as to the scope of discovery that may be sought or obtained in a Section 1782 application. Rather, the provisions in the Directions Order governing Section 1782 discovery are as follows:

> *47. Any party that seeks ancillary relief in aid of these proceedings, whether by way of third party discovery applications, applications in the United States of America under 28 U.S.C. s.1782, or otherwise, shall notify the other parties as soon as practicable after having served such an application, and in any event within 7 days' of service.*
>
> *48. Each party will disclose promptly to the other parties any and all documents received from any third-party or non-party as a result of any ancillary relief in aid of these proceedings obtained by the party (whether by way of an order of this Court, an order of any foreign Court or voluntary assistance by the third party). Disclosure shall be made in accordance with paragraphs 17 and 18 or 38 (as applicable).*

The above provisions in the Direction Order governing Section 1782 discovery are the same as the draft language cited in the Second Cecere Declaration submitted with Petitioner's reply papers on July 27, 2022. (*See* Second Cecere Decl. at 3.) Petitioner has already complied with the notice requirement in the Directions Order, having informed the Grand Court and New Frontier

---

[1] Under Cayman Islands law, the Directions Order is a confidential non-public document. If the Court wishes to examine the Directions Order, however, Petitioner can submit the Order for *in camera* review.

Health Corporation (the "Company") in the Appraisal Proceeding of the existence of its Section 1782 Application on May 22, 2022, four days after the Application was first served on the respondents. (*See* ECF Nos. 3, 4.)

The Directions Order also specifies that discovery in the underlying Appraisal Proceeding shall begin promptly. Pursuant to the Order, on August 26, 2022, the Company established a data room for purposes of exchanging document discovery and produced certain transaction documents within its custody and control.

Dated: August 29, 2022

By:  /s/
**WAGSTAFFE, VON LOEWENFELDT BUSCH & RADWICK LLP**
James M. Wagstaffe (95535)
Frank Busch (258288)
101 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

**OLSHAN FROME WOLOSKY LLP**
Lori Marks-Esterman
(*pro hac vice to be submitted*)
Theodore J. Hawkins
(*pro hac vice to be submitted*)
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300

*Counsel for Petitioner Alpine Partners (BVI) L.P.*