UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>ALPINE PARTNERS, (BVI) L.P.,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No.  22-mc-80123-SVK<br><br>**ORDER RE DISCOVERY DISPUTE CONCERNING FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) DEPOSITION TOPICS**<br><br>Re: Dkt. No. 53 |

Before the Court is Petitioner Alpine Partners, (BVI) L.P. and Respondent Vivo Capital, LLC's joint submission presenting a discovery dispute arising out of a Federal Rule of Civil Procedure 30(b)(6) deposition subpoena issued by this Court pursuant to 28 U.S.C. Section 1782 in 2022.  *See* Dkts. 35 (the "2022 Order"), 53 (the "Joint Submission").  The relevant, and somewhat complex, background to the present dispute is set forth in the 2022 Order and incorporated herein by reference.  *See* 2022 Order at 2-3.  In that order, the Court directed the Parties, in part, to meet and confer to narrow overly broad deposition topics.  *See id*. at 16.  The Parties return now to resolve a handful of remaining disagreements as to the relevance and breadth of a handful of topics.  The Court determines that this matter may be resolved without oral argument.  *See* Civil Local Rule 7-1(b).

Having considered with care the subpoena to Respondent (*see* Dkt. 53-1) and the revised deposition topics (*see* Dkt. 53-3), the agreed-upon topics as referenced in the summary chart (*see* Dkt. 53-5) and the arguments presented in the Joint Submission, the Court finds that, in several respects, the deposition topics continue to suffer from deficiencies of relevance and are overly burdensome in contravention of Rule 45(d)(1).  However, certain topics, including portions of topics 3(a), 4(d), 4(f) and 5(a) are appropriate in the context of this case.

Accordingly, the Court **ORDERS** that, in addition to the topics already agreed upon, Respondent's Rule 30(b)(6) witness shall provide testimony about information known or reasonably available to Respondent on the following topics:

- **3(a):** Respondent's prior relationships with the Company, the Special Committee, and their advisors, including information Respondent received concerning the valuation of the Company or information concerning to the Merger.
- **4(d):** Respondent's knowledge of any financial projections that were provided by the Company to the Buyer Group but not provided to the Special Committee and its advisors.
- **4(f):** Discussions Respondent had with the Company regarding their projections or analysis of the Company.
- **5(a):** Respondent's involvement in the negotiation of the Merger Agreement and Merger Price, including Respondent's communications with the Company and its financial advisor about the terms of the Merger Agreement.

**SO ORDERED.**

Dated: October 29, 2024

SUSAN VAN KEULEN
United States Magistrate Judge